```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                              HOUSTON DIVISION
```

| | |
|---|---|
| JESUS G. ESTRELLA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-04-775 |
| § | |
| ALDINE INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For reasons separately stated in the Memorandum and Order signed by the Court this day, it is

ORDERED and ADJUDGED that Defendant Aldine Independent School District's Motion for Summary Judgment (Document No. 25) is GRANTED, and Plaintiff Jesus G. Estrella's claims against Defendant Aldine Independent School District are DISMISSED with prejudice.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas on this 26th day of May, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE